UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

DARIN C. MOORE, JR., *et al.*,

Defendants.

Criminal Action No. 18-198 (JEB)

## VERDICT FORM

Count I
How do you find Darin Moore on the charge of Kidnapping Resulting in Death?

_____✓_____ Guilty    _____ Not Guilty

How do you find Gabriel Brown on the charge of Kidnapping Resulting in Death?

_____✓_____ Guilty    _____ Not Guilty

How do you find John Sweeney on the charge of Kidnapping Resulting in Death?

_____✓_____ Guilty    _____ Not Guilty

How do you find James Taylor on the charge of Kidnapping Resulting in Death?

_____✓_____ Guilty    _____ Not Guilty

Count II
How do you find Darin Moore on the charge of Conspiracy to Kidnap?

_____✓_____ Guilty    _____ Not Guilty

How do you find Gabriel Brown on the charge of Conspiracy to Kidnap?

_____✓_____ Guilty    _____ Not Guilty

1

How do you find John Sweeney on the charge of Conspiracy to Kidnap?

_____ ✓ Guilty   _____ Not Guilty

How do you find James Taylor on the charge of Conspiracy to Kidnap?

_____ Guilty   _____ Not Guilty

Count III

How do you find Darin Moore on the charge of First-Degree Murder While Armed?

_____ ✓ Guilty   _____ Not Guilty

How do you find Gabriel Brown on the charge of First-Degree Murder While Armed?

_____ ✓ Guilty   _____ Not Guilty

How do you find John Sweeney on the charge of First-Degree Murder While Armed?

_____ ✓ Guilty   _____ Not Guilty

How do you find James Taylor on the charge of First-Degree Murder While Armed?

_____ Guilty   _____ Not Guilty

Count IV

How do you find Darin Moore on the charge of Felony Murder While Armed?

_____ ✓ Guilty   _____ Not Guilty

How do you find Gabriel Brown on the charge of Felony Murder While Armed?

_____ ✓ Guilty   _____ Not Guilty

How do you find John Sweeney on the charge of Felony Murder While Armed?

_____ ✓ Guilty   _____ Not Guilty

How do you find James Taylor on the charge of Felony Murder While Armed?

_____ ✓ Guilty   _____ Not Guilty

Foreperson